UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| PRIVACY-ASSURED INC.,<br><br>              Plaintiff,<br><br>vs.<br><br>ACCESSDATA CORPORATION LIMITED et al.,<br><br>              Defendants. | **ORDER**<br><br><br>Case No. 2:16-cv-275 CW<br><br>Judge Clark Waddoups |

On October 19, 2016, the court issued a Memorandum Decision and Order that addressed two issues. First, the court requested that Plaintiff Privacy-Assured Inc. properly plead the citizenship of the defendants. Plaintiff filed a Reply to Court's Request Regarding Citizenship of Parties, which satisfies the court's request and shows diversity jurisdiction.

The second issue pertains to AccessData Corporation Limited's bankruptcy filing in the United Kingdom. Plaintiff filed a brief stating the bankruptcy filing should not act as a stay in this case. The court asked defendants to respond to Plaintiff's brief, which they did on November 4, 2016. Having reviewed the parties' briefing, the court concludes that the interests of judicial economy and efficiency are best served by staying this proceeding until the foreign bankruptcy action is resolved.

The court therefore ORDERS that this case be STAYED until the bankruptcy action has

been resolved.[1]  Within ten business days after the bankruptcy action has concluded, Plaintiff shall file a Status Report with the court that informs the court about what issues remain to be resolved in this case.

      SO ORDERED this 2nd day of December, 2016.

                              BY THE COURT:

                              Clark Waddoups
                              United States District Judge

---

[1] If an event occurs in the bankruptcy action that substantially alters the parties' positions such that reconsideration of the stay is warranted, either party may move for reconsideration of this Order.