IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| Privacy-Assured,<br><br>                Plaintiff,<br><br>v.<br><br>Accessdata Corporation Limited et al.,<br><br>                Defendants. | **ORDER**<br><br><br>Case No. 2:16-cv-275<br><br>District Judge Clark Waddoups |

      This matter is before the court on Plaintiff Privacy-Assured's Motion for Reconsideration of Order Staying Case. (Dkt. No. 30.) The Honorable Clark Waddoups heard oral argument on the motion on August 30, 2017. (Dkt. No. 36.) Alan Sullivan and Timothy Dance appeared on behalf of Plaintiff, Jordan Cameron appeared on behalf of Defendant Accessdata Group, and Shawn Robinson appeared on behalf of Defendant Accessdata Corporation Limited. After due consideration of the parties' filings and oral arguments, and otherwise being fully advised,

      The court HEREBY ORDERS, for the reasons stated on the record, that Plaintiff's Motion for Reconsideration (Dkt. No. 30) is GRANTED and the stay is lifted. The parties are to follow the Federal Rules of Civil Procedure for setting a schedule in the case.

      DATED this 6th day of September, 2017.

                                          BY THE COURT:

                                          Clark Waddoups<br>
                                          United States District Judge